NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Rebekah K Brewis
Aeroswift Legal Consultants
1001 Wilshire Boulevard, PMB 2107
Los Angeles, California 90017
Telephone: (224) 347-4404
Email: owner@aeroswift.org

ATTORNEY(S) FOR: Plaintiff Rebekah K Brewis, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
11/05/26
CENTRAL DISTRICT OF CALIFORNIA
BY ASP DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REBEKAH KATHERINE BREWIS, an individual,

Plaintiff(s),

v.

GARY A. BARNETT; GARY BARNETT, A PROFESSIONAL CORPORATION; and DOES 1 through 17, inclusive,

Defendant(s)

CASE NUMBER:

2:26-cv-13280-CV-(DTBx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Rebekah K Brewis, Pro Se, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Rebekah Katherine Brewis | Plaintiff |
| Gary A. Barnett | Defendant |
| Gary Barnett, A Professional Corporation | Defendant; on information and belief, the alter ego of Defendant Gary A. Barnett, its sole officer and director |
| Does 1 through 17 | Defendants; names not yet known to Plaintiff |
| Any conservator of Gary A. Barnett (name unknown to Plaintiff) | Non-party; on information and belief, appointed for Defendant Gary A. Barnett by the Superior Court of California, County of Los Angeles, in or about early 2025 |

November 5, 2026
Date

/s/ Rebekah K Brewis, Pro Se [signature]
Signature

Attorney of record for (or name of party appearing in pro per):

Rebekah K Brewis, Plaintiff, Pro Se